# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

RSM McGladrey, Inc.,

        Plaintiff,

v.

Peter Epp, Gil Bernhard, and
Steven Schwartz,

        Defendants.

**ORDER**
Civil No. 11-612  ADM/SER

---

Lynne M. Fischman Uniman, Esq. and Anju Uchima, Esq., Andrews Kurth LLP, New York, NY, and Arthur G. Boylan, Esq., Leonard Street and Deinard, PA, Minneapolis, MN on behalf of Plaintiff.

William S. Gyves, Esq., Epstein Becker & Green, PC, New York, NY, and Michael J. Minenko, Esq., Minenko & Hoff, Edina, MN on behalf of Defendants.

---

On March 21, 2011, the undersigned United States District Judge heard oral argument on Defendants Peter Epp's, Gil Bernhard's, and Steven Schwarz's (collectively "Defendants") Motion to Dissolve Temporary Restraining Order [Docket No. 3] and Plaintiff RSM McGladrey, Inc.'s ("Plaintiff") Motion to Remand to State Court [Docket No. 8].

Based upon all the files, records, and proceedings herein and for the reasons stated on the record at the conclusion of oral argument, **IT IS HEREBY ORDERED** that Defendants' Motion to Dissolve Temporary Restraining Order [Docket No. 3] is **DENIED**, and Plaintiff's Motion to Remand to State Court [Docket No. 8] is **DENIED.**

                                      BY THE COURT:

                                      s/Ann D. Montgomery
                                      ANN D. MONTGOMERY
                                      U.S. DISTRICT JUDGE

Dated:  March 22, 2011.